IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID MILLER, an individual,

     Plaintiff,

v.                                                              Case No. 3:23-cv-00467-SLC

CITY OF HUDSON, WISCONSIN;

GEOFF WILLEMS,
in his official capacity as Chief of Police
for the City of Hudson Police Department;

BRAD KUSMIREK,
individually and in his official capacity as a police officer
for the Hudson Police Department,

     Defendants.

---

## CONSENT ORDER AND JUDGMENT

---

Final resolution of this matter and controversy have been settled by and between Plaintiff David Miller and Defendants City of Hudson, Wisconsin, Geoff Willems, in his official capacity as Chief of Police for the City of Hudson Police Department, and Brad Kusmirek, individually and in his official capacity as a police officer for the Hudson Police Department. This agreed resolution is accepted by the Court, as reflected herein.

IT IS on this _8th_ day of _November_, 2023, ORDERED AND ADJUDGED AS FOLLOWS:

1.    Defendants in this action are hereby permanently enjoined from preventing Miller from engaging in expressive activities in Lakefront Park during the Spirit of St. Croix Art Festival,

with the follow conditions:

    A. Miller shall not engage in any broadcast preaching, distribution of literature, or display of signage in walkways;

    B. Miller shall not hold or bring in signage except what he can wear on his body or hold in his hands without the assistance of any apparatus or device that would extend said signage beyond his hands; and

    C. Miller shall not engage in expressive activities in spaces any closer than ten feet from any structure, tent, or activity area.

2.    Defendants shall pay Miller $1.00 in nominal damages.

3.    Defendants shall pay attorney fees and costs in the amount of $48,760 within 20 days of this Order.

BY THE COURT:

William M. Conley
United States District Judge
Western District of Wisconsin